UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

GARTH ANTHONY RICHARDS,
ROBERT JASPER GRIFFITH,

       Plaintiffs,

v.

MASTEC, INC.,

       Defendant.
_____/

# COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs, GARTH ANTHONY RICHARDS and ROBERT JASPER GRIFFITH bring this action against Defendant, MASTEC, INC., pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs GARTH ANTHONY RICHARDSand ROBERT JASPER GRIFFITH were residents of the State of Florida and "employees" of Defendant as defined by the FLSA.

3. At all times material hereto, Defendant, MASTEC, INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of construction and telecomunications infrastructure, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Two or more of Defendant's employees handled tools, supplies, and equipment manfuactured outside Florida in furthernace of their business including but not limited to

1

computers, computer mice, computer keyboards, computer monitors, vehicles, cell phones, and telephones.

5.   Plaintiff GARTH ANTHONY RICHARDS worked for Defendant as a technician.

6.   Plaintiff ROBERT JASPER GRIFFITH worked for Defendant as a technician.

7.   Defendant failed to pay Plaintiffs their full and proper overtime wages of 1.5 times Plaintiffs' equivalent regular hourly rates as calculated under the FLSA for all hours worked over 40 each week.

8.   Defendant failed to pay Plaintiffs their full and proper minimum wages for hours worked.

9.   Defendant failed to pay Plaintiffs the full piece rate Defendant promised for all work Plaintiffs performed.

10.  Attached as Exhibit A and Exhibit B are preliminary calculations of Plaintiffs' claims. These amounts may change as Plaintiffs engage in the discovery process.

11.  Defendant has knowingly and willfully refused to pay Plaintiffs their legally-entitled wages.

12.  Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

13.  Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

14. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-13 above as if set forth herein in full.

15. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

16. Plaintiffs seek recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

## COUNT II
## BREACH OF CONTRACT AND FAILURE TO PAY WAGES

17. Supplemental jurisdiction over the pendent state claim is conferred on this Court by 28 U.S.C. 1367.

18. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-13 above as if set forth herein in full.

19. Plaintiffs entered into contracts with Defendant for wages at piece rates for tasks performed during their employments.

20. Plaintiffs worked for Defendant and did not receive the piece rate compensation promised. Defendant, therefore, wrongfully deprived Plaintiffs of wages that were due and owing and to which Plaintiffs are lawfully entitled under an oral contract for wages with Defendant.

21. Plaintiffs have been damaged as a result of Defendant's failure to pay the agreed upon wages.

22.     Pursuant to Section 448.08, Florida Statutes, Plaintiffs are entitled to the costs of this action and reasonable attorneys' fees.

WHEREFORE, Plaintiffs demand judgment against Defendant for the unpaid wages that are due and owing, prejudgment interest, reasonable attorneys' fees and costs incurred in this action and any and all further relief this Court deems just and appropriate.

                                                Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

*/s/ Elliot A. Kozolchyk*
_____
Elliot Kozolchyk, Esq.
Bar No.: 74791