**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-62391-BLOOM/Valle**

GARTH ANTHONY RICHARDS
and ROBERT JASPER GRIFFITH,

      Plaintiffs,

v.

MASTEC, INC.,

      Defendant.

_____/

**ORDER IN ACTIONS BROUGHT UNDER**
**THE FAIR LABOR STANDARDS ACT**

**THIS CAUSE** is before the Court upon *sua sponte* review of the record.  The Complaint

in this action is filed under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, ("FLSA").  In

order to assist the Court in the management of this case, and in an effort to foster early and cost-

effective resolution, the parties are **ORDERED** to comply with the following procedures:

      1.      Under Rule 8 of the Federal Rules of Civil Procedure, a plaintiff is required to

state a "short and plain statement of the claim."  While this Rule places only a light burden on a

plaintiff, the Court requires complaints filed under the FLSA to include, at a minimum, a

statement setting forth the following with respect to each Plaintiff:

      a.      An initial estimate of the total amount of alleged unpaid wages;

      b.      A preliminary calculation of such wages;

      c.      The approximate period during which the alleged FLSA violations
      occurred; and

      d.      The nature of the wages (e.g., overtime or straight time).

Plaintiff is directed to file a "Statement of Claim" (and if the Complaint does not contain the foregoing information, an amended complaint that conforms to these requirements), by **21 days from date of service of underlying complaint**.    **Within seven days of Defendant's appearance**, Plaintiff shall file a notice of compliance that it has served a copy of this Order, the Statement of Claim, and copies of <u>all</u> supporting documents (including time sheets, pay stubs, etc.) upon counsel for Defendant.

2.      Defendant shall then file a "Response to Plaintiffs' Statement of Claim" setting forth in detail any defenses to Plaintiffs' claims and serve copies of <u>all</u> supporting documents within **twenty (20) days** of being served with Plaintiffs' Statement of Claim.

3.      This matter is **REFERRED** for purposes of a settlement conference before Magistrate Judge Alicia O. Valle, to occur within **sixty (60) days** of Defendant's Response to Plaintiffs' Statement of Claim.  Counsel shall confer and jointly contact Magistrate Judge Valle's Chambers prior to the due date for the response by Defendant to Plaintiffs' statement of claim in order to schedule the settlement conference.  Magistrate Judge Valle will issue an Order Scheduling Settlement Conference outlining the time and requirements for the Settlement Conference.  The Settlement Conference date may not be extended without prior approval from Magistrate Judge Valle.  Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory.  Appearance shall be in person; telephonic appearance is prohibited absent court order.  All discussions, representations, and statements made at the settlement conference shall be confidential and privileged.  If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **seven (7) days** of the conference.

4.      In the event the settlement conference is unsuccessful, all parties are required

to participate in subsequent mediation, which shall take place by the deadline contained in the Court's Scheduling Order, entered separately.

5.      Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of October, 2018.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record